SAMUEL FIELD, Appellant, *v.* MANUFACTURERS TRUST COMPANY, Respondent.

Argued February 27, 1947; decided April 17, 1947.

*Walter F. Doyle* and *I. Maurice Wormser* for appellant.

*Archie B. Morrison, John D. Lynn, Daniel Miner* and *William T. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER, DYE and FULD, JJ. Dissenting: CONWAY and DESMOND, JJ.